**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

August 21, 2019

**SUMMER ET AL V. AMAZON WEB SERVICES INC ET AL**
Case # 2:19–cv–01304–RAJ

The court has received your case documents and has identified the deficiencies listed below.
**Please note:** Any underlined points of reference indicated below will contain a link to the source materials.

    **Notice of Related Cases Omitted**
    Per LCR 3(g) the plaintiff and/or removing defendant must list all related cases that are or were pending in this district on the Civil Cover Sheet and, if any, must electronically file a "Notice of Related Case" as soon as practicable. Notice should be filed using the event "Notice of Related Case" found under the "Notices" category.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file